Rebecca L. Davis (State Bar No. 271662)
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Email: rebecca@lozeaudrury.com

*Attorneys for Plaintiff California Sportfishing Protection Alliance.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Sportfishing Protection Alliance, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Santini Foods, Inc., a California corporation,<br><br>Defendant. | Case No. 4:26-cv-00097-HSG<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL CASE MANAGEMENT DEADLINES; ORDER (AS MODIFIED)**<br><br>Complaint Filed:   01/06/2026 |

STIPULATION TO EXTEND TIME FOR
INITIAL CASE MANAGEMENT                                -1-                                4:26-CV-00097-HSG
DEADLINES; ORDER

## STIPULATION

Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant Santini Foods, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree as follows:

**WHEREAS**, on January 6, 2026, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties pursuant to the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, *et seq*.  The Complaint was not immediately served on Defendant.

**WHEREAS**, upon filing, the Court set, and subsequently modified, the following initial case management deadlines (Dkt. No. 5):

- **March 19 –** Deadline to file ADR Certification (ADR L.R.3)
- **March 24** – Deadline for Rule 26(f) conference (F.R.C.P. 26(f))
- **April 7** – Deadline for Joint Case Management Statement (Standing Order)
- **April 7** - Deadline to make initial disclosures. (F.R.C.P. 26(a)(1))
- **April 14** – Initial Case Management Conference

**WHEREAS,** on March 19, 2026, Plaintiff provided the Defendant a waiver of service of summons form, requesting that service be processed in this manner;

**WHEREAS,** pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, a defendant who timely waives service of process must serve a responsive pleading within sixty (60) days after the request for waiver was sent;

**WHEREAS,** Defendant is agreeable to the waiver of service of summons process; via this process, Defendant must initially appear and respond to Plaintiff's Complaint on or before May 18, 2026;

**WHEREAS,** on March 24, 2026, the Court held an initial case management conference via zoom and directed to Parties to file a revised stipulation resetting the April 14, 2026 case management conference a few weeks after the May 18, 2026 responsive pleading deadline;

**WHEREAS**, per the Court's scheduling notes, the Court is unavailable for case management conferences on June 9 or 16, 2026;

STIPULATION TO EXTEND TIME FOR
INITIAL CASE MANAGEMENT                    -2-                    4:26-CV-00097-HSG
DEADLINES; ORDER

**WHEREAS**, the Parties are actively engaged in settlement discussions to informally resolve the matter; and

**WHEREAS**, based on the foregoing, the parties now stipulate and agree to continue the deadlines previously set by the District Court approximately one hundred and twenty (120) days, to allow sufficient time for Defendant to respond to Plaintiff's Complaint and pursue informal resolution.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, by and through their counsel of record, that the initial case management deadlines shall be rescheduled as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline to file ADR Certification | March 19, 2026 | May 26, 2026 |
| Deadline for Rule 26(f) Conference | March 24, 2026 | June 2, 2026 |
| Joint Case Management Statement | April 7, 2026 | June 16, 2026 |
| Deadline to make Initial Disclosures | April 7, 2026 | June 16, 2026 |
| Case Management Conference | April 14, 2026 | June 23, 2026, 2:00 p.m. |

This stipulation is made in good faith and not for the purposes of delay. This stipulation will not affect any other deadlines presently set by the Court.

DATED:  March 27, 2026                    LOZEAU DRURY LLP

REBECCA L. DAVIS, Bar No. 271662
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200

*Attorneys for Plaintiff California Sportfishing Protection Alliance*

STIPULATION TO EXTEND TIME FOR
INITIAL CASE MANAGEMENT                    -3-                    4:26-CV-00097-HSG
DEADLINES; ORDER

DATED:  March 27, 2026                              STOEL RIVES LLP

_____

NICOLE E. GRANQUIST, Bar No. 199017
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700

*Attorneys for Defendant Santini Foods, Inc.*

STIPULATION TO EXTEND TIME FOR
INITIAL CASE MANAGEMENT                -4-                      4:26-CV-00097-HSG
DEADLINES; ORDER

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the Parties, and for good cause appearing, the initial case management deadlines shall be rescheduled as follows:

1.  The ADR Certification shall be filed on or before May 26, 2026;

2.  The Rule 26(f) conference shall occur on or before June 2, 2026;

3.  The Joint Case Management Statement shall be filed on before June 16, 2026;

4.  Initial Disclosures shall be exchanged by the Parties on or before June 16, 2026; and

5.  The Initial Case Management Conference is rescheduled to June 23, 2026 at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 12. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

IT IS SO ORDERED.

DATED: 4/1/2026

_____
THE HONORABLE HAYWOOD S.
GILLIAM, JR.
United States District Judge

STIPULATION TO EXTEND TIME FOR
INITIAL CASE MANAGEMENT                    -5-                    4:26-CV-00097-HSG
DEADLINES; ORDER