UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> SANTINI FOODS, INC., <br><br> Defendant. | Case No. 26-cv-00097-HSG <br><br> **ORDER GRANTING REQUEST TO STAY PROCEEDINGS** <br><br> Re: Dkt. No. 23 |

Based on the Parties' stipulation and request to stay proceedings, Dkt. No. 23, and for good cause appearing, the Court hereby **ORDERS** as follows:

1.    The Court **GRANTS** Dkt. No. 23, and the case is **STAYED** until July 30, 2026.

2.    Defendant Santini Foods, Inc.'s current responsive pleading deadline of May 18, 2026 is **VACATED**.

3.    The June 23, 2026 Initial Case Management Conference is **VACATED**.

4.    On or before July 30, 2026, the Parties shall file a Stipulation to Dismiss with Prejudice and [Proposed] Order resolving this matter or, alternatively, a Notice that settlement will not proceed with proposed new case-related deadlines.

5.    The Court **SETS** a case management conference in this case on August 4, 2026, at 2:00 p.m.  The hearing will be held by Public Zoom Webinar.  All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.  This case management conference will be vacated if the parties

United States District Court
Northern District of California

stipulate to dismissal before July 30.

**IT IS SO ORDERED.**

Dated: 5/27/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California